UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>ARYEH GOODMAN | : Hon. Michael A. Hammer, U.S.M.J.<br>:<br>:<br>:<br>: Mag. No. 18-4050<br>:<br>: **CRIMINAL COMPLAINT** |

I, Michael Scimeca, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

**SEE ATTACHMENT A**

I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this complaint is based on the following facts:

**SEE ATTACHMENT B**

Continued on the attached page and made a part hereof:

_____
Special Agent Michael Scimeca
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,
April 5, 2018 in Newark, New Jersey

HONORABLE MICHAEL A. HAMMER      _____
UNITED STATES MAGISTRATE JUDGE    Signature of Judicial Officer

## ATTACHMENT A

### Count One
### (Sex Trafficking of Children)

On or about February 1, 2018, in Middlesex County, in the District of New Jersey and elsewhere, defendant

ARYEH GOODMAN

did knowingly, in and affecting interstate commerce, solicit, entice and patronize, by any means, Victim-1, knowing and in reckless disregard of the fact that Victim-1 had not attained the age of 18 years and that Victim-1 would be caused to engage in a commercial sex act.

In violation of Title 18, United States Code, Sections 1591(a)(1), (b)(2) and (c).

## **ATTACHMENT B**

I, Michael Scimeca, am a Special Agent with the Federal Bureau of Investigation ("FBI"). I am fully familiar with the facts set forth herein based on my own investigation, my conversations with other law enforcement officers, and my review of reports, documents, and items of evidence. Where statements of others are related herein, they are related in substance and part. Because this Complaint is being submitted for the sole purpose of establishing probable cause to support the issuance of a complaint, I have not set forth each and every fact that I know concerning this investigation. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

1. On or about February 1, 2018, defendant Aryeh Goodman ("GOODMAN"), a registered sex offender, responded to an advertisement on the website Backpage.com (the "Advertisement").[1] The Advertisement contained images of Victim-1, who had not attained the age of eighteen, and advertised for commercial sex with Victim-1.

2. After responding to the Advertisement, GOODMAN then traveled to a hotel in Middlesex County, New Jersey (the "Hotel"). After arriving at the Hotel, GOODMAN paid to engage in commercial sex acts with Victim-1. GOODMAN then engaged in sex acts with Victim-1.

3. After GOODMAN had sex with Victim-1, he spent additional time speaking with Victim-1. In particular, GOODMAN offered to pay for an additional thirty minutes with Victim-1. He also put his telephone number in Victim-1's telephone. GOODMAN told Victim-1 that he worked at a cellular telephone company and that he would buy her a new telephone. GOODMAN then attempted to communicate with Victim-1. A subsequent search of Victim-1's telephone revealed text messages from GOODMAN, in which he asked Victim-1 to meet him in New York City.

4. Shortly thereafter, law enforcement located GOODMAN based on the telephone number he provided to Victim-1. Law enforcement approached GOODMAN and informed him that they wanted to speak with him about the female from the Hotel. In response, GOODMAN spontaneously uttered: "I only went there for a massage, I did nothing wrong, she looked young and I hope she is ok!"

---

[1] Backpage.com is a website that lets users post online advertisements, including advertisements for commercial sex acts.