

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

*Shawn P. Barnes*
*Special Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, New Jersey 07102*

*Direct Dial: (973) 645-2848*

August 21, 2019

The Honorable Freda L. Wolfson
Clarkson S. Fisher Building &
United States Courthouse
402 East State Street
Trenton, New Jersey 08608

      Re:    United States v. Aryeh Goodman,
            Criminal No. 19-265 (FLW)

Dear Judge Wolfson:

    The United States respectfully submits this letter to confirm its submission of a sentencing letter to the Court on August 21, 2019, in this case.

                              Respectfully submitted,

                              CRAIG CARPENITO
                              United States Attorney

                              */s/ Shawn P. Barnes*
        By:    Shawn P. Barnes
                Special Assistant U.S. Attorney

cc:    Eric Kanefsky, Esq., counsel to the Defendant (via email)
        Patricia Jensen, United States Probation Officer (via email)