UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE:   Trenton

August 27, 2019
DATE OF PROCEEDINGS

Chief Judge: FREDA L. WOLFSON

Court Reporter: Vincent Russoniello

Docket #3:19-CR-265-1(FLW)

Title of Case:
UNITED STATES OF AMERICA
                    vs.
ARYEH GOODMAN
                    DEFT. PRESENT

Appearances:

Shawn Phillip Barnes, AUSA for Government
Eric Kanefsky, Esq. for Defendant
Miguel Rivera, U.S. Probation Officer

Nature of Proceedings:     SENTENCING ON Count 1 of the Information.

Imprisonment: 18 Months.
Supervised Release – 1 Year with special conditions.
Special Assessment - $100.00.
Parties advised of right to appeal.
Fine $5000.00(interest waived).
Defendant to voluntarily surrender to the designated institution on November 6, 2019 by 12:00 Noon.
Defendant released on all previous terms of supervised release.


Time Commenced:   11:30 A.M.
Time Adjourned      12:30 P.M.
Total Time:   1 hour

                              *s/Jacqueline Merrigan*
                              DEPUTY CLERK